IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| United States of America | ) | 8:00CR293 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Jose Luis Aguirre-Burciaga | ) | |
| | ) | |
| Defendant. | ) | |

The Clerk's Office has requested that document Number 97 be stricken from the Record for the following reason(s):

( X )   The entry does not have the correct pdf document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike document number 97 from the record and re-docket the entry.

DATED this 13th day of June, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
Joseph F. Bataillon
United States District Judge