## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:00CR293** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **JOSE LUIS AGUIRRE-BURCIAGA,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

     This matter is before the court in response to the United States' Motion to Extend Time for Filing Response to Defendant's Amended Section 2255 Motion (Filing No. 113), and the United States' Answer to § 2255 motion (Filing No. 114).  In its Answer to the defendant's amended § 2255 motion the Government states that it has requested from defendant the medical records on which defendant relies to support his claim.  The defendant is ordered to provide the United States with a copy of the relevant records within five days of this Order.  If defendant fails to provide the United States with the medical records the government may move to dismiss any claims associated with the medical records.

     IT IS ORDERED:

     1.  That defendant shall provide the United States with a copy of the medical records relied on by defendant in Filing No. 111 within five days of this Order;

     2.  That the United States shall have until August 30, 2006 to provide any additional briefing responding to the records supplied by defendant;

     3.  That defendant shall have until September 6, 2006 to respond to any additional briefing by the United States.

     DATED this 16th day of August, 2006.

                    BY THE COURT:
                    s/Joseph F. Bataillon
                    JOSEPH F.  BATAILLON
                    United States District Judge